AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:23 cr 342 JSM-SPF |
| LUIS CARLOS DIAZ MARTINEZ | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

*RCVD USMS M/FL TAMPA 2023 SEP 29 12:22*

MAR 18 2025 PM4:04
FILED - USDC - FLMD - TPA

## ARREST WARRANT

SEALED

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LUIS CARLOS DIAZ MARTINEZ                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiring to distribute five or more kilograms of cocaine intending the substance be unlawfully imported into the United States.

In violation of 21 U.S.C. § 963.

Date:  SEP 29 2023                                                    *Amanda Craig*
                                                                        *Issuing officer's signature*

City and state:    Tampa, Florida                              ELIZABETH WARREN, Clerk, United States District Court
                                                                        *Printed name and title*

SEALED

| Return |
|---|
| This warrant was received on *(date)* 9/29/23 , and the person was arrested on *(date)* 3/13/25 at *(city and state)* Tampa, FL . |
| Date: 3/14/25                                   *Arresting officer's signature*   |
|                                                 DUSM D. Aguilar |
|                                                 *Printed name and title* |