UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-342-JSM-SPF

JAIR ALBERTO ALVAREZ VALENZUELA and
LUIS CARLOS DIAZ MARTINEZ

## JOINT STATUS REPORT – APRIL 2024

The United States of America, having conferred with counsel for the defendant, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report:

1. **Brief summary of the case's status:**

The defendants were charged in a one-count superseding indictment. Count One charges a conspiracy to distribute more than five kilograms of cocaine knowing, intending, or having reasonable cause to believe the substance would be unlawfully imported into the United States. There are seven co-defendants in the case. One has been sentenced and five others have been arrested in Colombia and are awaiting extradition to the United States. They are expected to arrive in the United States in the next six months.

This is the first status report for these defendants. Discovery has been served.

2. **Possibility of a plea agreement as to each defendant:**

The United States is preparing plea agreements to provide to the defendants.

3. **Number of days required for trial, for government's case-in-chief:**

It is estimated the United States will require five days to present its case-in-chief. Transport of witnesses from Colombia will take several weeks to arrange and it is therefore requested that a date certain be set for any trial in the matter.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no motions pending.

5. **Potential speedy trial problems:**

There is no speedy trial problem in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Lauren Stoia*
Lauren Stoia
Assistant United States Attorney
United States Attorney No. 201
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lauren.Stoia@usdoj.gov

**U.S. v. Alvarez Valenzuela et al.**           **Case No. 8:23-cr-342-JSM-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court via hand-delivery and a copy was emailed to defense counsel of record.

>   */s/ Lauren Stoia*
>   Lauren Stoia
>   Assistant United States Attorney
>   United States Attorney No. 201
>   400 N. Tampa St., Ste. 3200
>   Tampa, FL 33602-4798
>   Telephone: (813) 274-6000
>   Facsimile: (813) 274-6358
>   E-mail: Lauren.Stoia@usdoj.gov