UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO: 8:23-cr-342-JSM-SPF

JAIR ALBERTO ALVAREZ VALENZUELA and
LUIS CARLOS DIAZ MARTINEZ

**ORDER**

THIS matter is set on the MAY 2025 trial docket. The parties submitted a Joint Status Report for April 2025 (Dkt. 106), stating that five co-defendants have been arrested in Columbia and are awaiting extradition to the United States. The five co-defendants are expected to arrive within the next six months. The Court has determined this trial should be continued to a later trial term, pending the extradition of the co-defendants, in order to conserve judicial resources and conduct trial for all remaining co-defendants at the same time. Upon review and consideration it is

ORDERED AND ADJUDGED that:

1. The Court finds that a continuance of trial is warranted.

2. This case is placed on the **NOVEMBER 2025** trial docket. The Court finds the ends of justice served by the continuance outweighs the best interest of the public and the Defendants in a speedy trial. The time of the continuance is excluded from the speedy trial calculation.

3.  Further, the Court finds the statutory provision set forth in 18 USC § 3161(h)(6), which allows for "[a] reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted" is applicable.

4.  The parties' current requirement to file joint monthly status reports is hereby suspended until September 2025. The parties are directed to file a JOINT status report on or before September 10, 2025, and continue to do so each month until trial is reached in this matter.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of April, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record