LUIS CARLOS DIAZ MARTINEZ

HERNANDO COUNTY JAIL
16425 SPRINGHILL DR.
BROOKSVILLE FL 34604

JUN 24 2025 PM2:25
FILED - USDC - FLMD - TPA

DATE: 06-18-2025
ATTN: Honorable
JUDGE: JAMES MOODY, Jr.

CLERK OF COURTS
U.S. MARSHALS, MID, DIST, FL
801 N. FLORIDA AVE. CHAMBER 17
TAMPA, FL 33602

Dear Honorable Judge JAMES MOODY, Jr.

I Am Contacting you To Let you Know That I would like To Request a New Attorney. My Current Attorney WES TROMBLEY, Esq. Has Not made Any Effort To Review with me My Discovery Nor Assist me In the Facts of My Case. My Efforts and My Family Efforts To Reach him have all Failed. I have not Even Heard back From him in 2 months. My Court date was Pushed back 8 months without My Consent nor Even Being Informed.

I Politely and Respectfully would Like To Request an Attorney that will be willing To Put The horse in Front of the Cart, Review the Discovery and The merits of the Case and assist me in getting the best Outcome. I do not belive this is Possible with WES TROMBLEY, Esq. If Possible, I would Like Someone with Previous Trial Experience.

①

I want to make it clear that I fully respect your court and appreciate your time and attention.

Thank you Your Honor.

Sincerely,

*[signature: Luis Carlos Diaz Martinez]*

LUIS CARLOS DIAZ MARTINEZ.

②

LUIS CARLOS DIAZ MARTINEZ
MNI # 25 000 785 03

PO Box 1848
Pinellas Park, FL 33780

JAMES MOODY Jr.
801 NORTH FLORIDA, AVE Chamber 17
TAMPA, Florida 33602

Screened by USMS

TAMPA FL 335
SAINT PETERSBURG FL
20 JUN 2025 PM 8 L

33602-384802



Screened by USMS

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2019