UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 8:23-cr-342-JSM-SPF

LUIS CARLOS DIAZ MARTINEZ,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR LUIS CARLOS DIAZ MARTINEZ

    Undersigned appointed CJA counsel, Wes Trombley, hereby requests to be removed as counsel of record for Defendant, LUIS CARLOS DIAZ MARTINEZ. As grounds therefore, undersigned counsel states the following:

    1.    On June 18, 2025, Mr. Diaz Martinez sent a letter via U.S. mail to this Court seeking the removal of undersigned counsel in this matter and requested the appointment of new CJA counsel. The letter was filed June 24, 2025, in docket number 154 which provided notice to undersigned counsel of Mr. Diaz Martinez's concerns and request for new counsel.

    2.    Although communication with Mr. Diaz has been limited, it appears that the attorney client relationship has broken down resulting in Mr. Diaz's June 18, 2025, letter and request for undersigned counsel's removal from representation.

    3.    Given Mr. Diaz Martinez's request and the trial of this matter not set to commence until November 2025, undersigned appointed CJA counsel requests to be

removed as counsel of record in this matter and asks that new CJA counsel be appointed for all future proceedings related to Mr. Diaz Martinez.

Respectfully submitted,

TROMBLEY & HANES

By: *Wes Trombley*        .
Wes Trombley
Florida Bar No. 0684953
707 North Franklin Street, 10th Floor
Tampa, Florida  33602
Telephone: (813) 229-7918
wtrombley@trombleyhaneslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25 day of June 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| *All counsel of record* |

/s/ *Wes Trombley*
Wes Trombley