UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                CASE NO. 8:23-cr-00342-JSM-SPF

v.

LUIS CARLOS DIAZ MARTINEZ,

    Defendant.
_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT LUIS CARLOS DIAZ MARTINEZ

The undersigned attorney, Yuli Kotler, hereby enters his notice of appearance on behalf of LUIS CARLOS DIAZ MARTINEZ.

WHEREFORE, the undersigned counsel enters his appearance for the defendant.

                                                        Respectfully submitted,

                                                        KOTLER LAW

                                                        */s/ Yuli Kotler*
                                                        Yuli Kotler, Esq.
                                                        FL Bar No. 109505
                                                        P.O. Box 22411
                                                        St. Petersburg, FL 33742
                                                        (732) 690-3025
                                                        yk@kotlerlegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 16th day of July 2025:

AUSA Lauren Stoia
lauren.stoia@usdoj.gov