# UNITED STATES DISTRICT COURT
## DISTRICT OF MIDDLE OF TAMPA

UNITED STATES
Vs.
LUIS CARLOS DIAZ MARTINEZ

Case No. 8:23-Cr-342-JSM-SPF

RE: **REQUEST FOR COURT DOCKET PRINTOUT**

Dear CLERK OF COURT

I am writing In Regards To refer To The Above-Case and **REQUEST FOR A COURT DOCKET PRINTOUT**, For Which The defendant is Entitled To A Printout of all activity in refer To The Above Case within 10 DAYS of recieved of This request.

This request is mail From a detention Center were the defendant is Currently is in Custody of **Hernando County Detention Center at 16425 SPRINGHILL DRIVE, BROOKSVILLE, FL 34604**.

MAIL OUT ON: August, 6th 2025

RESPECFULLY SUBMITTED

*Luis Carlos Diaz Martinez*
LUIS CARLOS DIAZ MARTINEZ.

HERNANDO COUNTY DETENTION CENTER
16425 SPRINGHILL DRIVE
BROOKSVILLE, FL 34604