# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   CASE NO. 8:23-cr-00342-JSM-SPF

v.

LUIS CARLOS DIAZ MARTINEZ,

    Defendant.

_____/

## **MOTION FOR PRE-TRIAL DEPOSITION OF DEFENSE WITNESS**

Defendant LUIS CARLOS DIAZ MARTINEZ, by and through undersigned counsel, moves to depose Diana Margarita Diaz Martinez, by video deposition, "in order to preserve testimony for trial . . . because of exceptional circumstances and in the interest of justice." Fed. R. Crim. P. 15(a)(1).

Defendants state as follows:

1. Trial is scheduled for the November 2025 trial term. Doc. 111.

2. Defendant, in Count One (1), is accused of knowingly and willfully conspiring with other persons, both known and unknown, to distribute a controlled substance. Doc. 1.

3. The Government has produced evidence of a recorded conversation between Mr. Diaz Martinez and government informant, Gustavo Castro-Fantalvo.

4. Mr. Castro-Fantalvo is Mr. Diaz-Martinez's brother-in-law. Importantly, Mr. Diaz Martinez has a contentious history with his brother-in-law. The circumstances suggest that Mr. Castro-Fantalvo may have targeted Mr. Diaz Martinez in retaliation for ongoing legal proceedings involving Mr. Castro-Fantalvo's wife—who is Mr. Diaz Martinez's sister—and their child, the nephew of Mr. Diaz Martinez.

5. The deponent resides in Colombia and is unable to obtain the necessary documentation to lawfully enter the United States. Furthermore, undersigned counsel does not hold an active passport to lawfully enter Colombia and therefore respectfully requests permission to appear for the deposition by video conference.

## CERTIFICATION OF OPPOSITION FROM COUNSEL FOR THE UNITED STATES

Defense Counsel has consulted with the Assistant United States Attorney, and there is an objection to the instant motion.

WHEREFORE, Defendant respectfully requests this Honorable Court grant Defendant's Motion for Pre-Trial Deposition of Ms. Diana Margarita Diaz Martinez, by video deposition, and any other remedy this Honorable Court deems just and necessary.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 10th day of October, 2025:

AUSA Lauren Stoia
Lauren.Stoia@usdoj.gov

                                              Respectfully submitted,

                                              KOTLER LAW FIRM

***/s/ Yuli Kotler***
Yuli Kotler, Esq.
FL Bar No. 109505
PO Box 22411
St. Petersburg, FL 33742
(732) 690-3025
kotlery@yahoo.com
Attorney for the Defendant