# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# CLERK'S MINUTES

| CASE NO. | 8:23-cr-342-JSM-SPF | DATE: | November 3, 2025 |
|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | James Plunkett |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS CARLOS DIAZ MARTINEZ | | **LANGUAGE:** | Spanish |
| | | **GOVERNMENT COUNSEL**<br>Lauren Stoia, AUSA<br>Michael Buchannan, AUSA | |
| | | **DEFENSE COUNSEL**<br>Yuli Kolter, CJA | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Julia Bardak |
| **TIME:** 11:02 – 11:41 | **TOTAL:** 39 min | **COURTROOM:** | 11B |

## PROCEEDINGS: MOTION HEARING

Interpreter sworn.

Counsel identified for the record.

The Court heard argument by counsel for Defendant and Government.

Proffer by defense counsel.

Defense requests to supplement motion.

Court defers ruling on motion.

Deadline for Defense to submit supplemental motion is set for: 12:00 pm Wednesday November 5th.

Deadline for response by Government is set for 12:00 pm, Friday November 7th.

Court adjourned.