UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-342-JSM-SPF

LUIS CARLOS DIAZ MARTINEZ

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE TRIAL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this response to the Defendant's Motion to Continue Trial (Doc. 228). The Government has no objection to continuing trial to allow the defendant the time needed to conduct a deposition. However, several of the Government's witnesses—including case agents and members of the Colombian Navy who will be traveling to the United States to testify—are only available the first week of December. After that, the Government's witnesses are not available in full until the New Year. The Government asks that the Court take the availability of

these key witnesses into consideration when deciding when to reset the trial.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By:  */s/ Michael J. Buchanan*
     Michael J. Buchanan
     Assistant United States Attorney
     Fla. Bar No. 1020224
     400 N. Tampa St., Ste. 3200
     Tampa, FL 33602-4798
     Telephone: (813) 274-6000
     Facsimile: (813) 274-6358
     E-mail: Michael.Buchanan2@usdoj.gov

U.S. v. Diaz Martinez        Case No. 8:23-cr-342-JSM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Michael J. Buchanan*
Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov