# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     CASE NO. 8:23-cr-00342-JSM-SPF

v.

LUIS CARLOS DIAZ MARTINEZ,

    Defendant.

_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL AND FINDINGS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A)

COMES NOW, the Defendant, LUIS CARLOS DIAZ MARTINEZ, by and through undersigned counsel, and this Unopposed Motion for Continuance of Trial and Findings pursuant to 18 U.S.C § 3161(h)(7)(A), and states the following in support thereof:

1. Trial is scheduled for the November 2025 trial term. Doc. 111.

2. Defendant, in Count One (1), is accused of knowingly and willfully conspiring with other persons, both known and unknown, to distribute a controlled substance. Doc. 1.

3. On October 13, 2025, the Defendant filed a Motion to Take Deposition of Diana Margarita Diaz Martinez.

4. On November 3, 2025, the parties appeared before this Honorable Court for a hearing on the instant matter. At that hearing, the Court granted the Defendant leave to supplement the record to address the following issues: (1) evidence supporting the witness's unavailability; (2) identification of the applicable factor under Rule 28(a)(b)(1) permitting the taking of a deposition in a foreign country; and (3) indication of which option the Defendant elects to proceed under Rule 15(c)(1). Additionally, the Court has inquired about the procedure by which the deposition is to be coordinated in Colombia.

5. The Defendant has filed the supplemental argument and is presently awaiting the Government's response.

6. Notwithstanding which factor under Rule 28(b)(1) the Court ultimately determines to apply, the Defendant acknowledges that arranging a deposition at the U.S. Embassy in Colombia presents significant logistical challenges in advance of the trial scheduled for November 17, 2025. Accordingly, Mr. Diaz-Martinez respectfully requests that the matter be continued to the December 2025 trial term to allow adequate time to complete the necessary arrangements for this deposition.

7. Further, the Defendant is awaiting the Government's production of additional discovery materials.

8. Mr. Diaz Martinez believes that the foregoing request provides a legitimate basis for this Honorable Court's determination and entry of an order that

the best interests of the defendant and the public in a speedy trial are outweighed by the ends of justice that will be served in granting Mr. Diaz Martinez's request for a continuance. See, 18 U.S.C. § 3161(h)(7)(A). Consequently, the entry of an order granting the requested relief for continuance would be excludable in computing the time within which the trial of this cause must commence.

## CERTIFICATION OF NO OPPOSITION FROM COUNSEL FOR THE UNITED STATES TO A CONTINUANCE

Defense Counsel has consulted with the Assistant United States Attorney, and there is no objection to the continuance.

WHEREFORE, Defendant respectfully requests this Honorable Court grant Defendant's Motion for Continuance of Trial, and any other remedy this Honorable Court deems just and necessary.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 7th day of November, 2025:

AUSA Lauren Stoia
Lauren.Stoia@usdoj.gov

Respectfully submitted,

KOTLER LAW, PLLC

*/s/ Yuli Kotler*

Yuli Kotler, Esq.<br>
FL Bar No. 109505<br>
PO Box 22411<br>
St. Petersburg, FL 33742<br>
(732) 690-3025<br>
<u>kotlery@yahoo.com</u><br>
Attorney for the Defendant