UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-342-JSM-SPF

LUIS CARLOS DIAZ MARTINEZ
RAUL LEONARDO BAYONA RINCON

### JOINT STATUS REPORT – November 2025

The United States of America, having conferred with counsels for the defendants, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report:

1. **Brief summary of the case's status:**

Eight defendants were charged in a one-count Superseding Indictment. Count One charges a conspiracy to distribute more than five kilograms of cocaine knowing, intending, or having reasonable cause to believe the substance would be unlawfully imported into the United States. All the defendants have been extradited to the United States. Discovery has been served. The case is currently set for trial on November 17, 2025.

On November 10, 2025, Magistrate Judge Sean P. Flynn granted Luis Carlos Diaz Martinez's motion to take a deposition. Doc. 238. The parties were ordered to confer and submit a joint proposed letter of request to Colombia by November 14, 2025. *Id.*

2. **Possibility of a plea agreement as to each defendant:**

Two defendants remain in this case, Diaz Martinez and Raul Leonardo Bayona Rincon. Bayona Rincon's current counsel, Jason Reid, has advised the government that his client intends to plead guilty. Diaz Martinez wishes to proceed to trial. Counsel for Diaz Martinez and the United States have been discussing the logistics of this trial.

3. **Number of days required for trial, for government's case-in-chief:**

It is estimated the United States will require three days to present its case-in-chief. Transport of witnesses from Colombia will take several weeks to arrange and it is therefore requested that a date certain be set for trial.

The Government's current understanding is that the ongoing government shutdown will not impact the Government's abilities to bring these witnesses to the United States. If that fact changes, the parties will immediately alert the Court.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

On November 6, 2025, Jason Reid filed a motion to withdraw as Bayona Rincon's attorney. Doc. 235. On November 10, 2025, Bayona Rincon also filed an unopposed motion to continue trial. Doc. 239. On November 7, 2025, Diaz Martinez filed an unopposed motion to continue trial. Doc. 236.

5. **Potential speedy trial problems:**

There is no speedy trial problem in this case.

                    Respectfully submitted,

                    GREGORY W. KEHOE
                    United States Attorney

By:   */s/ Lauren Stoia*
      Lauren Stoia
      Assistant United States Attorney
      United States Attorney No. 201
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Lauren.Stoia@usdoj.gov

**U.S. v. Alvarez Valenzuela et al.**　　　　**Case No. 8:23-cr-342-JSM-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Defense Counsels of Record.

　　　　　　　　　　　　　　　　　　*/s/ Lauren Stoia*
　　　　　　　　　　　　　　　　　　Lauren Stoia
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney No. 201
　　　　　　　　　　　　　　　　　　400 N. Tampa St., Ste. 3200
　　　　　　　　　　　　　　　　　　Tampa, FL 33602-4798
　　　　　　　　　　　　　　　　　　Telephone: (813) 274-6000
　　　　　　　　　　　　　　　　　　Facsimile: (813) 274-6358
　　　　　　　　　　　　　　　　　　E-mail: Lauren.Stoia@usdoj.gov