## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  CASE NO. 8:23-cr-00342-JSM-SPF

v.

LUIS CARLOS DIAZ MARTINEZ,

    Defendant.

_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL AND FINDINGS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A)

COMES NOW, the Defendant, LUIS CARLOS DIAZ MARTINEZ, by and through undersigned counsel, and this Unopposed Motion for Continuance of Trial and Findings pursuant to 18 U.S.C § 3161(h)(7)(A), and states the following in support thereof:

1. Trial is scheduled for the December 2025 trial term. Doc. 243.

2. Defendant, in Count One (1), is accused of knowingly and willfully conspiring with other persons, both known and unknown, to import cocaine into the United States. (Doc. 21).

3. On October 13, 2025, the Defendant filed a Motion to Take Deposition of Diana Margarita Diaz Martinez.

6. On November 10, 2025, this Honorable Court granted the Defendant's Motion to Take Deposition and directed the parties to file a proposed letter of request (letter rogatory) to Colombia by November 14, 2025. (Dkt. 238).

7. On November 14, 2025, the parties filed a proposed letter of request as directed by the Court. (Dkt. 246).

8. Based on the research conducted by the undersigned, the execution of letters rogatory may take a year or longer.[1] Accordingly, Mr. Diaz-Martinez respectfully requests that the matter be continued to the February 2025 trial term to allow adequate time to complete the necessary arrangements for this deposition.

9. Further, the Defendant is awaiting the Government's production of additional discovery materials.

10. Mr. Diaz Martinez believes that the foregoing request provides a legitimate basis for this Honorable Court's determination and entry of an order that the best interests of the defendant and the public in a speedy trial are outweighed by the ends of justice that will be served in granting Mr. Diaz Martinez's request for a continuance. See, 18 U.S.C. § 3161(h)(7)(A). Consequently, the entry of an order granting the requested relief for

---

[1] "Execution of letters rogatory may take a year or more. Letters rogatory are customarily transmitted via diplomatic channels, a time-consuming means of transmission. The time involved may be shortened by transmitting a copy of the request through a local attorney directly to the foreign court or other appropriate authority if permitted in the foreign country." U.S. Department of State, *Preparation of Letters Rogatory*, Legal Resources: International Judicial Assistance — Obtaining Evidence, Travel.State.Gov, at § *Time Frame for Execution of Letters Rogatory*, available at https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/obtaining-evidence/Preparation-Letters-Rogatory.html

continuance would be excludable in computing the time within which the trial of this cause must commence.

### CERTIFICATION OF NO OPPOSITION
### FROM COUNSEL FOR THE UNITED STATES
### TO A CONTINUANCE

Defense Counsel has consulted with the Assistant United States Attorney, and there is no objection to the continuance.

WHEREFORE, Defendant respectfully requests this Honorable Court grant Defendant's Motion for Continuance of Trial, and any other remedy this Honorable Court deems just and necessary.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 17th day of November, 2025:

AUSA Lauren Stoia
Lauren.Stoia@usdoj.gov

Respectfully submitted,

KOTLER LAW, PLLC

**/s/ Yuli Kotler**

Yuli Kotler, Esq.
FL Bar No. 109505
PO Box 22411
St. Petersburg, FL 33742
(732) 690-3025
kotlery@yahoo.com
Attorney for the Defendant

Case 8:23-cr-00342-JSM-SPF    Document 247    Filed 11/17/25    Page 4 of 4 PageID 691