UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:23-cr-342-JSM-SPF

LUIS CARLOS DIAZ MARTINEZ
RAUL LEONARDO BAYONA RINCON

### JOINT STATUS REPORT – December 2025

The United States of America, having conferred with counsels for the above defendants, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report:

1.    **Brief summary of the case's status:**

Eight defendants were charged in a one-count Superseding Indictment. Count One charges a conspiracy to distribute more than five kilograms of cocaine knowing, intending, or having reasonable cause to believe the substance would be unlawfully imported into the United States. All the defendants have been extradited to the United States. Discovery has been served. No trial date is currently set. The Court has advised the parties that it will "reset this case on the trial docket upon notification of the parties." Doc. 258.

On November 10, 2025, Magistrate Judge Sean P. Flynn granted Luis Carlos Diaz Martinez's motion to take a deposition. Doc. 238. The parties were ordered to confer and submit a joint proposed letter of request to Colombia by November 14, 2025. *Id.* Judge Flynn then issued the letters rogatory on November 18, 2025. *See*

Doc. 256.

The Government understands from counsel for Diaz Martinez that he is working through the process of transmitting the letters rogatory to Colombia. He is working to find a Colombian attorney who can help facilitate the process, but that process is taking some time.

The Government learned from counsel for Rincon that he plans to meet with his client on December 12 with an interpreter. After that meeting, counsel for Rincon plans to reach out to set a change of plea date. While the parties are hopeful that this change of plea will happen before the holidays, counsel for Rincon will advise the Court if he is unable to set a change of plea before January 6, 2026.

2.     **Possibility of a plea agreement as to each defendant:**

Two defendants remain in this case, Diaz Martinez and Raul Leonardo Bayona Rincon. Bayona Rincon's current counsel, Jason Reid, has advised the government that his client intends to plead guilty. Diaz Martinez wishes to proceed to trial.

3.     **Number of days required for trial, for government's case-in-chief:**

It is estimated the United States will require three days to present its case-in-chief. Transport of witnesses from Colombia will take several weeks to arrange. Thus, when this case is ready for trial, the Government will request a date certain at least 45 days out to facilitate receipt of the necessary approvals.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

No motions are currently pending.

5. **Potential speedy trial problems:**

There is no speedy trial problem in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  */s/ Michael J. Buchanan*
     Michael J. Buchanan
     Assistant United States Attorney
     Fla. Bar No. 1020224
     400 N. Tampa St., Ste. 3200
     Tampa, FL 33602-4798
     Telephone: (813) 274-6000
     Facsimile: (813) 274-6358
     E-mail: Michael.Buchanan2@usdoj.gov

**U.S. v. Alvarez Valenzuela et al.**          **Case No. 8:23-cr-342-JSM-SPF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Defense Counsels of Record.

*/s/ Michael J. Buchanan*
Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov