UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:23-cr-342-JSM-SPF

LUIS CARLOS DIAZ MARTINEZ

### JOINT STATUS REPORT – March 2026

The United States of America, having conferred with counsel for the above defendants, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report:

1. **Brief summary of the case's status:**

Eight defendants were charged in a one-count Superseding Indictment. Count One charges a conspiracy to distribute more than five kilograms of cocaine knowing, intending, or having reasonable cause to believe the substance would be unlawfully imported into the United States. All the defendants have been extradited to the United States. Discovery has been served. No trial date is currently set. The Court has advised the parties that it will "reset this case on the trial docket upon notification of the parties." Doc. 258.

On November 10, 2025, Magistrate Judge Sean P. Flynn granted Luis Carlos Diaz Martinez's motion to take a deposition. Doc. 238. The parties were ordered to confer and submit a joint proposed letter of request to Colombia by November 14, 2025. *Id.* Judge Flynn then issued the letters rogatory on November 18, 2025. *See* Doc. 256.

The Government understands from counsel for Diaz Martinez that he continues to working through the process of transmitting the letters rogatory to Colombia and is preparing the letters rogatory for transmission through the United States Department of State.

For its part, the Government has secured funding to pay for the transmission costs for the letters rogatory, as required by Judge Flynn's order. The parties are working with the State Department to facilitate payment for transmission of the letters rogatory to Colombia.

2. **Possibility of a plea agreement as to each defendant:**

Only Diaz Martinez remains. Diaz Martinez wishes to proceed to trial.

3. **Number of days required for trial, for government's case-in-chief:**

The Government estimates that it will require three days to present its case-in-chief. Transport of witnesses from Colombia will take several weeks to arrange. Thus, when this case is ready for trial, the Government will request a date certain at least 45 days out to facilitate receipt of the necessary approvals.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

No motions are currently pending.

5. **Potential speedy trial problems:**

There is no speedy trial problem in this case.

                Respectfully submitted,

                GREGORY W. KEHOE
                United States Attorney

By:  */s/ Michael J. Buchanan*
      Michael J. Buchanan
      Assistant United States Attorney
      Fla. Bar No. 1020224
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Michael.Buchanan2@usdoj.gov

U.S. v. Alvarez Valenzuela et al.     Case No. 8:23-cr-342-JSM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

            /s/ *Michael J. Buchanan*
            Michael J. Buchanan
            Assistant United States Attorney
            Fla. Bar No. 1020224
            400 N. Tampa St., Ste. 3200
            Tampa, FL 33602-4798
            Telephone: (813) 274-6000
            Facsimile: (813) 274-6358
            E-mail: Michael.Buchanan2@usdoj.gov