UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:23-cr-342-JSM-SPF

LUIS CARLOS DIAZ MARTINEZ

**JOINT STATUS REPORT – May 2026**

The United States of America, having conferred with counsel for the above defendants, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report:

1.     **Brief summary of the case's status:**

Eight defendants were charged in a one-count Superseding Indictment. Count One charges a conspiracy to distribute more than five kilograms of cocaine knowing, intending, or having reasonable cause to believe the substance would be unlawfully imported into the United States. All the defendants have been extradited to the United States. Discovery has been served. No trial date is currently set. The Court has advised the parties that it will "reset this case on the trial docket upon notification of the parties." Doc. 258.

On November 10, 2025, Magistrate Judge Sean P. Flynn granted Luis Carlos Diaz Martinez's motion to take a deposition. Doc. 238. The parties were ordered to confer and submit a joint proposed letter of request to Colombia by November 14, 2025. *Id.* Judge Flynn then issued the letters rogatory on November 18, 2025. *See* Doc. 256. The State Department has advised that the letters rogatory have been

pouched to Bogota.

2.      **Possibility of a plea agreement as to each defendant:**

Only Diaz Martinez remains. Diaz Martinez wishes to proceed to trial.

3.      **Number of days required for trial, for government's case-in-chief:**

The Government estimates that it will require three days to present its case-in-chief. Transport of witnesses from Colombia will take several weeks to arrange. Thus, when this case is ready for trial, the Government will request a date certain at least 45 days out to facilitate receipt of the necessary approvals.

4.      **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

No motions are currently pending.

5.      **Potential speedy trial problems:**

There is no speedy trial problem in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ Michael J. Buchanan
       Michael J. Buchanan
       Assistant United States Attorney
       Fla. Bar No. 1020224
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Michael.Buchanan2@usdoj.gov

2

**U.S. v. Alvarez Valenzuela et al.**                    **Case No. 8:23-cr-342-JSM-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to all counsel of record.

/s/ *Michael J. Buchanan*

Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov