**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,
      v.
LUIS CARLOS DIAZ MARTINEZ,

                              CASE NO. 8:23-cr-342-JSM-SPF

_____/

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY**
**TO THE GOVERNMENT'S RESPONSE (DOC. 359)**

Defendant Luis Carlos Diaz Martinez, by and through undersigned counsel, respectfully moves under Local Rule 3.01(e) for leave to file a reply, not to exceed seven pages, to the Government's Response to Defendant's Motion for Appointment of Additional Counsel Under the Criminal Justice Act (Doc. 359). In support, counsel states:

1.     The Government's Response raises arguments that a focused reply would help the Court resolve. The Response contends that Defendant relied solely on the "extremely difficult" standard and does not address appointment under the Plan's "complex" standard. A reply would clarify the governing standard under 18 U.S.C. § 3006A(a).

2.     The Response also characterizes the prosecution as factually "straightforward" because much of the evidence consists of Defendant's own 2023

1

statement. A reply would explain why a confession-driven prosecution built on a foreign-language statement is, instead, litigation-intensive.

3.     The Response further faults the Motion for not detailing matters bearing on the safety of persons connected to the proceedings. Those particulars cannot responsibly be placed on the public docket. Contemporaneously with the proposed reply, Defendant will submit, by separate motion, an ex parte and under-seal declaration of counsel making the particularized showing the Government identifies as missing.

4.     Finally, the Response raises choice-of-counsel authority that Defendant should be permitted to address in light of the Plan's provision authorizing appointment of a uniquely qualified panel member who possesses a needed special skill set.

5.     The proposed reply will not exceed seven pages and will not delay resolution of the Motion. Good cause exists for leave to reply.

### CONFERRAL AND STATEMENT OF POSITION

Undersigned counsel contacted Assistant United States Attorneys Lauren Stoia and Michael J. Buchanan regarding the relief requested in this Motion and a response remains pending.

**WHEREFORE**, Defendant respectfully requests that the Court grant leave to file the accompanying reply, not to exceed seven pages.

Respectfully submitted,

_/s/ Yuli Kotler_____
Yuli Kotler, Esq.
Florida Bar No. _109505_____
Kotler Law, PLLC
9800 4th Street N., Suite 200
St. Petersburg, FL 33702
Telephone: (813) 355-9822
Facsimile: (813) 200-7268
Email: yk@kotlerlegal.com
Counsel for Defendant Luis Carlos Diaz Martinez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___June 22nd_____, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_/s/ Yuli Kotler_____
Yuli Kotler, Esq.

3