UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:23-cr-342-JSM-SPF

LUIS CARLOS DIAZ MARTINEZ

**STATUS REPORT – September 2026**

The United States of America, having conferred with counsel for the above defendant,[1] files with this Court, pursuant to Fed. R. Crim. P. 17.1 and the Court's September 2, 2026 Order (Doc. 371), the following status report:

1. **Brief summary of the case's status:**

Eight defendants were charged in a one-count Superseding Indictment. Count One charges a conspiracy to distribute more than five kilograms of cocaine knowing, intending, or having reasonable cause to believe the substance would be unlawfully imported into the United States. All the defendants have been extradited to the United States. Discovery has been served. No trial date is currently set. The Court has advised the parties that it will "reset this case on the trial docket upon notification of the parties." Doc. 258.

On November 10, 2025, Magistrate Judge Sean P. Flynn granted Luis Carlos Diaz Martinez's motion to take a deposition. Doc. 238. The parties were ordered to

[1] The Government provided an initial draft of this status report to counsel for the defendant and incorporated points from defense counsel into a revised draft. However, the Government did not hear back on this revised draft before filing.

confer and submit a joint proposed letter of request to Colombia by November 14, 2025. *Id.* Judge Flynn then issued the letters rogatory on November 18, 2025. *See* Doc. 256. The State Department has advised that the letters rogatory have been pouched to Bogota for processing and handling by the proper Colombian authorities. Counsel for the defendant has advised that the witness has been served with paperwork related to the deposition. The Government has followed up with contacts in the State Department to ascertain next steps. The defendant's counsel plans to attend the deposition via videoconference.

Given the still-outstanding nature of this deposition, along with potential other evidence that the defendant is seeking, the parties anticipate that this case will be ready for trial, at the earliest, around June 1, 2027. Should the defendant decide that he no longer needs this deposition or the other information sought by his recent motion, the Government anticipates that it could be ready for trial in approximately 50 days (given the need to obtain clearance for Colombian witnesses).

2. **Possibility of a plea agreement as to each defendant:**

Only Diaz Martinez remains. Diaz Martinez wishes to proceed to trial.

3. **Number of days required for trial, for government's case-in-chief:**

The Government estimates that it will require three days to present its case-in-chief. Counsel for Diaz Martinez states that the defendant's case will take approximately one day to present.

The Court's Order (Doc. 371) directed the parties to include availability of "foreign witnesses in this case." Transport of witnesses from Colombia will take

several weeks to arrange. Thus, the Government requests a date certain at least 45 days out to facilitate receipt of the necessary approvals. Those 45 days should provide sufficient lead time for the Government to secure necessary approvals for Colombian witnesses to travel to the United States.

4. **<u>Pending motions, dates on which they were filed, and whether they are ripe for determination:</u>**

Diaz Martinez filed an amended motion for letters rogatory on September 8, 2026. The Government's response to that Motion is due on September 22, 2026, so the Motion is not yet ripe for determination.

5. **<u>Potential speedy trial problems:</u>**

There is no speedy trial problem in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Michael J. Buchanan*

Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Michael J. Buchanan*

Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov